[No. 1231-1.    Division One—Panel 1.    May 30, 1972.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL BONBRIGHT, *Appellant*.

[No. 976-1.    Division One—Panel 1.    May 30, 1972.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL THOMAS McKNIGHT *et al., Appellants*.

[No. 409-3.    Division Three.    June 1, 1972.]

THE STATE OF WASHINGTON, *Respondent*, v. MARY DIMMER, *Appellant*.

[No. 431-3.    Division Three.    June 1, 1972.]

THE STATE OF WASHINGTON, *Respondent*, v. MARY DIMMER, *Appellant*.